

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00373-CV

Robert **ZAYAS** dba Clinic Services Providers P.A.,
Appellant

v.

Dolly R. **DENSON**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI16539
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee.

It is so **ORDERED** on July 25, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_____
Keith E. Hottle, Clerk of Court